# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Neil Mehta,                                                         Case No. 19-cv-2631 (MJD/DTS)

    Plaintiff,

v.                                                                         **ORDER**

Angell energy, LLC, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 1, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: The Report and Recommendation [Docket No. 57] is **ADOPTED**; and Defendants Chesapeake Trading Group, LLC; Pegasus Energy Futures, LLC; Apollo Energy Services, LLC; Diversified Trading Company, LLC; and Timothy Krieger's Motion to Dismiss [Docket No. 39] is **DENIED**.

Dated:  April 16, 2020                                    s/ Michael J. Davis
                                                                       Michael J. Davis
                                                                       United States District Court